# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **JUSTIN FERRELL** | **CIVIL ACTION NO. 24-1781** |
| | |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| | |
| **MAJOR FREDERICK, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 13] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Justin Ferrell's Complaint, [Doc. No. 1], is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 16th day of April 2025.

_____
TERRY A. DOUGHTY, JUDGE
UNITED STATES DISTRICT COURT